[No. 51962-0-I.   Division One.   May 3, 2004.]

TANISHA S. BARKER, *Appellant*, v. W.A. BOTTING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-26889-9, Linda Lau, J., entered February 7, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ.

[No. 52036-9-I.   Division One.   May 3, 2004.]

MARTINUS H. NICKERSON, ET AL., *Appellants*, v. CRAIG K. ALLEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01627-6, Vickie I. Churchill, J., entered February 27, 2003. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Appelwick, JJ.

[No. 52163-2-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM STACY LOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00247-6, Larry E. McKeeman, J., entered March 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52348-1-I.   Division One.   May 3, 2004.]

MARK E. DUXBURY, *Appellant*, v. ORTHO BIOTECH, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-19764-9, Bruce W. Hilyer, J., entered April 15, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J., and Becker, J.